UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES H. SMITH,

    Plaintiff,

Case No. 1:11-cv-167

v.

HONORABLE PAUL L. MALONEY

MENARD, INC.,

    Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Menard, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Menard, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 14, 2011            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge